**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6441

BRANDON HAMILTON GREEN,

                Plaintiff - Appellant,

        v.

LINDY PENDERGRASS; JOHN SELLEW; SGT. TOMMY CRAWFORD; OFFICER
KEITH FOSTER,

                Defendants - Appellees,

        and

JOHN FOSTER, Jailor,

                Defendant.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Catherine C. Eagles,
District Judge.  (1:15-cv-00147-CCE-LPA)

Submitted:  July 28, 2016        Decided:  August 2, 2016

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brandon Hamilton Green, Appellant Pro Se.  Sonny Sade Haynes,
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Hamilton Green appeals the district court's order granting summary judgment to the Defendants on Green's 42 U.S.C. § 1983 (2012) action. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Green's informal brief does not challenge the basis for the district court's disposition, Green has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED